IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| TAMMY M. GONZALEZ, | ) | CASE NO. 1:14-CV-1258 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN BURKE |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | **MEMORANDUM** |
| Defendant. | ) | **OPINION AND ORDER** |

On November 19, 2014, the parties filed a Joint Proposed Stipulation to Remand under

Sentence Four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), wherein they

request that the Court enter judgment reversing the Commissioner's decision and remanding the

case for further proceedings.  Doc. 18 ("Joint Stipulation").  The parties stipulate that:

> On remand, the Appeals Council will instruct the Administrative Law Judge to further
> consider the claimant's maximum residual functional capacity, with specific reference to
> the opinion evidence of record, including the report of Dr. Saghafi, evaluate the impact of
> the claimant's obesity, per the requirements of Social Security Ruling 02-1p; and, at step
> five, if warranted, obtain evidence from a vocational expert (20 CFR §§ 404.1565,
> 416.966 and Social Security Ruling 00-4p). The ALJ will issue a new decision, following
> consideration of all of the evidence.

Doc. 18.

Upon consideration of the parties' Joint Stipulation, the Court hereby reverses and

remands this matter for further proceedings consistent with the parties' Joint Stipulation.

Dated: November 20, 2014

_____
Kathleen B. Burke
United States Magistrate Judge